**Order entered August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00210-CR

**STEPHEN SHAQUILLE BROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82826-2013**

## ORDER

Appellant's August 5, 2014 second motion to extend the time to file appellant's brief is

**GRANTED**. The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the

date of this order.

/s/      LANA MYERS
        JUSTICE